# UNITED STATES DISTRICT COURT
## District of Minnesota

Edgar Virgilio Pillisa Pilataxi,

Petitioner(s),

v.

Pamela Bondi, Krisi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, and Joel Brott,

Respondent(s),

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01746-PAM-ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is DENIED; and
2. This action is DISMISSED.

Date: 3/26/2026

KATE M. FOGARTY, CLERK